UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Ashland)

| | | |
|---|---|---|
| RANDUFF HARDIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 0:19-CV-105-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION FOR** |
| COMMISSIONER OF SSA, | ) | **ENTRY OF JUDGMENT WITH** |
| | ) | **REMAND** |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Commissioner's Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) [R. 13]. Plaintiff has no objection to this Motion. [*Id.* at ¶ 3]

Sentence four of 42 U.S.C. § 405(g) provides that the Court "shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *See also Shalala v. Schaefer*, 509 U.S. 292 (1993). Pursuant to this power, in light of the Commissioner's request for remand of this action for further proceedings, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The Commissioner's Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) [**R. 13**] is **GRANTED**.
2. Plaintiff's Motion for Summary Judgment [**R. 9**] is **DENIED as moot.**
3. The Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g).

4. This matter is **REMANDED** to the Commissioner for further administrative proceedings.

5. A separate Judgment will be entered contemporaneously with this Order.

This the 30th day of March, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY